**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02513-MSK-PAC

JOHN SCHIMMER,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,
    Defendant.

**ORDER RE: JOINT MOTION FOR LEAVE TO**
**FILE STIPULATED PROTECTIVE ORDER**

THE COURT, having reviewed the Joint Motion for Leave to File Stipulated Protective Order, Doc. # 24, and being fully advised herein, hereby GRANTS said motion.

The ATTACHED Stipulated Protective Order is made an order of the court this date.

SO ORDERED this 5th day of March 2006

                BY THE COURT:

                s/Patricia A. Coan
                Patricia A. Coan
                United States Magistrate Judge